01/14/2010 11:02 FAX

Jan 11 2010 3:44PM   OWLAWI                                    (212) 374-9178          p.2

Sander Budanitsky, Esq.
**TURLIK & BUDANITSKY, P.C.**
Attorneys for Plaintiffs
520 West, First Avenue
Roselle, NJ 07203
Tel: (908) 241-3445

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

SAMARTH GUPTA and JULIA KLYASHTORNY,

                        Plaintiff,

        -against-                                    Civil Action Docket
                                                     No.: 3:09-CV-5726
                                                     (GWB)(DEA)
GIRISH BANSAL, ASHOK AGARWAL, NEETA
AGARWAL, ANOOP AGARWAL and ROHINI
AGARWAL

                        Defendants.

------------------------------------------------------------X

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A)

(i), Plaintiffs hereby voluntarily dismiss the captioned action, *with prejudice*, as no Defendant has

filed an Answer to the Complaint and no Motion for Summary Judgment has been filed in the

captioned action.

Dated : Roselle, New Jersey
        January 11, 2010

                        TURLIK & BUDANITSKY, P.C.

        By:

                        Sander Budanitsky (SB -
                        Attorneys for Plaintiffs
                        520 West First Avenue
                        Roselle, New Jersey 07203
                        (908) 241-3445

Jan 11 2010 3:44PM    OWLAW1                                    (212) 374-9178        P.3

Tel: (908) 241-3445

TO:
Victoria Wickman, Esq.
Law Offices of Victoria Wickman
Attorneys for Defendants
20 Kensington Terrace
Maplewood, New Jersey 07040
(973) 275-3968

Case 3:09-cv-05726-GEB-DEA    Document 3    Filed 01/14/10    Page 2 of 2 PageID: 35

Jan 11 2010 3:44PM    OWLAW1                                    (212) 374-9178        P.3